APPLETON PAPERS, INC., APPELLANT, *v.* ALLIS-CHALMERS CORPORATION ET AL., APPELLEES.

[Cite as *Appleton Papers, Inc. v. Allis–Chalmers Corp.* (1991), 61 Ohio St.3d 160.]

(No. 90–1484—Submitted April 23, 1991—Decided July 24, 1991.)

*Pickrel, Schaeffer & Ebeling* and *William L. Havemann,* for appellant.

*Jenks, Surdyk & Cowdrey* and *Thomas L. Czechowski,* for appellees.

The plaintiff-appellant, Appleton Papers, Inc., having raised claims against defendants-appellees, Allis–Chalmers Corporation and Voith, Inc., for negligence, strict tort liability, and breach of implied warranties of merchantability and fitness, alleges claims that are not actionable against appellees under *Cincinnati Bell Tel. Co. v. Straley* (1988), 40 Ohio St.3d 372, 533 N.E.2d 764. The court of appeals' affirmance of the trial court's grant of summary judgment in favor of appellees is therefore affirmed.

MOYER, C.J., SWEENEY, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., concurs in judgment only.

HOLMES and WRIGHT, JJ., dissent.

HOLMES, J., dissenting. I dissent for the reasons that I previously set forth in my dissent in *Cincinnati Bell Tel. Co. v. Straley* (1988), 40 Ohio St.3d 372, 382, 533 N.E.2d 764, 773.

WRIGHT, J., concurs in the foregoing dissenting opinion.